Trial No.2010-CI-12625
Appeal No.04-14-00922-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX
February 2, 2015
KEITH E. HOTTLE
CLERK OF THE COURT

JOHN E. RODARTE SR.,  §  IN THE FO~~[URT]~~
Appellant,Affiant,Movant,  §
In Propia Persona  §

VS  §  OF APPEALS,AT

TEXAS DEPARTMENT OF FAMILY  §
AND PROTECTIVE SERVICES,  §
FELICIA HUGHLEY,ET AL,  §  SAN ANTONIO,TEXAS
Appellees,Defendants  §

## NOTICE OF APPEAL,
### MOTION FOR APPELLATE RECORD,
### MOTION FOR WAIVING FILING FEES AND COSTS
### PLEADING OF INDIGENCY

To The Honorable Justices:

Now comes John E. Rodarte Sr.,Affiant,Appellant,Movant,Plaintiff, on this date of January 23,2015 completes the above styled and numbered document,and will show the following:

Mr. John E. Rodarte Sr.,known hereafter as Rodarte or Rodarte Sr., with leave of this court,submits this document,as notice of appeal pursuant to T.R.A.P. Rules,24.4(a),as per submitted motions filed with appellant's Appeal Brief,mailed on January 12,2015.

This is further motioned for,pursuant to T.R.A.P. R.25.1(a)(b)(d), in the 57th Judicial District Court of Texas,December 05,2014,order signed on December 12,2014,in that Rodarte Sr.,wishes to appeal.

Appellant Rodarte,wishes to apply T.R.A.P.,R.37.3(1)(b),the included six month trust fund printout submitted with appeal brief,may serve this court in addition to,but not limited to issues concerning the indigent status of Rodarte Sr. That said printout,be now applied to this court's concerns of an appellate record and filing fees. The appellant,plaintiff,is currently indigent and cannot pay for the costs necessary for continuing this cause of action properly.

As per this court's own order,signed on January 09th,2015 and its application of T.R.A.P.,R.21.5,in appellant's 2002 Texas Rules Of Court,it does not contain rule 21.5(d),only 21.5 State may controvert, effect. Appellant,therefore requests for a copy of State's written opposition. Therefore,as permitted under rule 21.6 Rodarte,will now present,as a Motion For New Trial,as it has been explained in his brief,that under Texas law,"The Discovery Rule" should allow Rodarte to proceed,either as a remand or granting for a new trial,to proceed against the defendants and continue litigation his tort claims.

1.

Rodarte,con only ask the Fourth Court Of Appeals,that,when it comes to suspending the judgement,and issues of securities,that Rodarte is not the debtor,but the creditor.

The arguments are quite clear,concerning continuing litigation of tort claims,due to the discovery of defendants'neglect to treat and protect Rodarte's sons from harm,among other things,remove them from their primary residence and place them in Rodarte's care,who is the father. And being that the majority,if not all of the justices are women,Rodarte pleads,not only to their legal and judicial position, but as a parent,a legal guardian so to speak,in that can the justices even begin to fathom what Rodarte's sons must have had to endure ever since 1995 to present? While the justices,may not be able to take as a personal level,any injury to Rodarte's sons,on a legal aspect or level,as a ministerial duty,the justices,have the capacity to act accordingly by law.

As Rodarte states in his brief,it is quite questionable,as to why a motion to dismiss since the October 2012 judgement was rendered, has been presented before the court.

As per this court's clerk,it appears from correspondence,that the clerk,is notifying the new District Attorney Nicolas A. Lahood and appellant now wishes clarity on this subject. Should mail be addressed to his office,to Jason Contreras Assistant Attorney General only,or both?

As per previous correspondence to this court and clerk,it has been requested,for all of the proper forms,docketing statements,civil statement sheets,etc,due to the fact that appellant does not have the forms on hand. This is requested,so that Rodarte,may properly file and satisfy the requisites of law as per this court's local rules.

Therefore,Rodarte Sr.,requests,that the court order the clerk,to request for the appellate record,and that ample time for notice,be allotted when it concerns notifying Rodarte Sr.,due to any responses must be done by mail,which is questionable,and legal material is outdated and difficult to obtain due to appellant's incarceration and the law library here,this is why bench warrant has been deemed necessary in order to obtain proper legal research material at BCADC in San Antonio,Texas,in order to level out the playing field.

2.                    Respectfully Submitted,

## CONCLUSION

In the interest of justice,as it should be grown to be acustomed to by the public,of the agencies and judicial system,that are in place for our protection,especially when it concerns the well being of future generations when it applies to children,the systems in place fall or succumb to being complacent among the courts and the agencies,looking for one another,that the real issue among the system, is financial or job secuity,and not one of specific job description, or doing the right thing,self-interests should not be the issue when it comes to failing to maintain integrity. Therefore,the system has to be suspect and found the culprit,this is why the system must defend itself,no matter what the cost,or to who and accept responsibility by simply owning up to their mistakes and not using the law or their constituents to use the law to avoid their day in court and be held liable. The system,may ask why Rodarte can state such. It is quite simple,John Jr.and Hawke,were injured at the hands of those that the system was set into action by the state,and failed to protect them as the records and evidence will show,the syatem had an agenda,that did not follow protocol,otherwise John Jr.and Hawke Rodarte would have had to endure the abuse they stated when they were just young children and live where the abuse occurred,and the system allowed it and protected it,or adored such abuse.

Submitted By,

## Certificate Of Service

This is to certify,the foregoing document,has been sent,as a true copy to Jason T. Contreras,Assistant Attorney General Of Texas,at Post Office Box 12548 Austin,Texas 78711-2548.

Executed On This January 23,2015          Respectfully Done,

I have been repeatedly told by Law Library personnel here when I have requested for a six month trust fund printout on a Friday, please,don't ask for a printout today,why don't you wait until a Monday,or until someone else can do it on another day.

3.

J.R./j.r.
01/23/2015

CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE                01/26/15
DCS2/DDA4458              IN FORMA PAUPERIS DATA                        12:45:45
TDCJ#: 01263270 SID#: 02663385 LOCATION: BILL CLEMENTS   INDIGENT DTE: 01/05/15
NAME: RODARTE, JOHN SR                      BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:         36.42
6MTH DEP:          36.42 6MTH AVG BAL:      162.28 6MTH AVG DEP:          6.07
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14     179.94            0.00       09/14     179.94            0.00
11/14     173.57           10.93       08/14     145.27            0.00
10/14     154.94           25.49       07/14       0.00            0.00
PROCESS DATE   HOLD AMOUNT   HOLD DESCRIPTION

STATE OF TEXAS COUNTY OF ___Potter___
ON THIS THE _26th_ DAY OF _January_, 20_15_ CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



R. HARRISON
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 08-06-2016
NOTARY WITHOUT BOND

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB -2 AM 11:59

John L. Rodarte Sr.
T.D.C.J. #1263270
Clements Unit
9601 Spur 591
Amarillo, Texas

LEGAL MAIL
LEGAL MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 FEB -2 AM 11: 59

Keith E. Hottle
CLERK

Fourth Court Of Appeals
Office Of The Clerk
300 Dolorosa St.,Suite 3200
San Antonio,Texas 78205-3037

78205=3037 CO11



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION